**UNITED STATES of America,
Appellee,**

v.

**Donarius KINCAID, Appellant.**

**No. 09–3971.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 23, 2010.

Filed: Oct. 8, 2010.

Martin Joseph McLaughlin, Assistant U.S. Attorney, Robert L. Teig, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

Donarius Kincaid, Fort Dodge, IA, pro se.

John P. Messina, Assistant, Federal Public Defender, Federal Public Defender's Office, Des Moines, IA, for Appellant.

Before RILEY, Chief Judge, MURPHY and MELLOY, Circuit Judges.

PER CURIAM.

Donarius Kincaid pleaded guilty to one count of possessing an unregistered sawed-off shotgun, in violation of 26 U.S.C. §§ 5845(a), 5861(d), and 5871. At sentencing, the district court[1] determined that Kincaid had committed two prior "crimes of violence." U.S. Sentencing Guidelines Manual § 4B1.2(a). Thus, in its application of the U.S. Sentencing Guidelines, the district court determined that the appro-priate base offense level was twenty-six. U.S.S.G. § 2K2.1(a)(1). After considering Kincaid's criminal history and adjusting the offense level to twenty-five, the district court imposed a sentence of 120 months' imprisonment, which was within the advisory guideline sentencing range.

The only issue on appeal is whether Kincaid's 2005 conviction for interference with official acts causing bodily injury, in violation of Iowa Code § 719.1(1), is a crime of violence. The district court ruled that it was. We recently held in *United States v. Malloy* that a conviction for interference with official acts causing bodily injury in violation of section 719.1(1) is a crime of violence pursuant to § 4B1.2(a)(1) of the U.S. Sentencing Guidelines. *United States v. Malloy*, 614 F.3d 852, 859–60 (8th Cir.2010). Therefore, we affirm the judgment of the district court.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.